**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **AZIM AMINOV,** | : | |
| | : | |
| Petitioner, | : | |
| | : | |
| v. | : | |
| | : | **CIVIL ACTION** |
| **JAMAL L. JAMISON, Warden of** | : | |
| **Philadelphia Federal Detention Center;** | : | |
| **JOHN RIFE, Acting Field Office Director of** | : | |
| **Enforcement and Removal Operations,** | : | **No. 26-4651** |
| **Philadelphia Field Office, Immigration and** | : | |
| **Customs Enforcement,** | : | |
| | : | |
| Respondents. | : | |

## <u>ORDER</u>

**AND NOW,** this 9th day of July, 2026, the Clerk of Courts is **DIRECTED** to mark this case closed.

BY THE COURT:

_____
Hon. Mia R. Perez